BERTH APPLICATION

## Kalama Export Company LLC

2211 N. Hendrickson Drive
Kalama, WA 98625
Phone (360) 673 3900
Fax (360) 673 3910

Application is hereby made this _14TH_ day of _SEPTEMBER_, 20_11_ for assignment and use of the grain loading berth at Kalama Export Company LLC. Kalama Washington Terminal for the Vessel M/V _NANTONG K_ on or about _SEPTEMBER 14_, 20_11_ for loading about _52425 M/_ tons of _WHEAT_ in accordance with Kalama Export Company LLC published Grain Terminal Tariff.

APPLICANT STATES THAT VESSEL AT THE TIME OF COMMENCEMENT OF LOADING

1. Has been entered at the United States Custom House.
2. Has been accepted by Charterer or has permission from Charterer to commence loading prior to formal acceptance.
3. Has a certificate showing that its cargo handling gear, if any, meets the standards set fourth in Title 29 C.F.R. Section 1918.12 of the Department of Labor's Safety and Health Regulations for Longshoreman.
4. Is of the SELF-TRIMMING BULK CARRIER type with an overall length of _197_ Meters/ feet.
5. Has a CURRENT International Ship Security Certificate (ISSC)   Certificate # _____

Flag State: _PANAMA_

Date of Issuance: _____

APPLICANT AGREES:
1. We are agents for the owner or operator of the above named vessel and that payment of applicable tariff charges for such vessel be made by :
   [X] A. Cash advance.
   [ ] B. Suitable bond securing payment written by a bonding company authorized to do business in Washington State.
2. That we have authority to execute bills of lading on behalf of the master of the vessel and we further agree to promptly release bills of lading following completion of loading.
3. To supply the elevator or operator one copy each of the National Cargo Bureau Certificate and Department of Agriculture Stowage Examination Certificate showing that the vessel is passed to load in all cargo compartments intended to be used for grain cargo. Also applicant will furnish supplier with copy of completed cargo plan and copy of statement of facts covering loading.
4. That we have in our possession a current copy of Kalama Export Company LLC published Grain Terminal Elevator Tariff and stipulate that the vessel, it's owner(s) / operator(s) are bound by all provisions of it.
5. The undersigned agent warrants that he has authority to execute this berth application on behalf of the vessel, its owner(s) / operator(s).

_[signature]_
KALAMA EXPORT COMPANY LLC

_9-14-11_   _1405_
DATE        TIME

_GENERAL STEAMSHIP_
APPLICANT ON BEHALF OF

_ISLAND VIEW SHIPPING_
ACTING FOR OWNER(S) / OPERATOR(S)

_[signature]_
AUTHORIZED SIGNATURE

_9/13/11_
DATE