# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GRINDROD SHIPPING PTE LTD, | Case No. 3:12−cv−05085−BHS |
| Plaintiff(s), | |
| v. | MINUTE ORDER SETTING BENCH TRIAL AND PRETRIAL DATES AND ORDERING MEDIATION |
| KALAMA EXPORT COMPANY LLC, | |
| Defendant(s). | |

Now, on June 14, 2012, the Court directs the Clerk to enter the following Minute Order:

## I. TRIAL, PRETRIAL, AND MEDIATION DATES

| | |
|---|---|
| THREE DAY BENCH TRIAL set for 09:00 AM | June 4, 2013 |
| Deadline for the FILING of any motion to join parties | July 16, 2012 |
| Deadline for amending pleadings | July 25, 2012 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 26, 2012 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | December 26, 2012 |
| All motions related to discovery must be FILED by | January 7, 2013 |
| Discovery COMPLETED by | February 4, 2013 |
| All dispositive motions must be FILED by | March 6, 2013 |
| Settlement conference per Local Rule CR 39.1(c)(2) HELD no later than | April 5, 2013 |
| Mediation per Local Rule CR 39.1(c) HELD no later than | April 25, 2013 |

| | | |
|---|---|---|
| Letter of compliance as to Local Rule CR 39.1 FILED *A roster of Local Rule CR 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at (253) 882–3800.* | May 6, 2013 |
| Motions in limine should be FILED by the date in the right hand column. Pursuant to Local Rule CR 7(d)(4), all motions in limine SHALL be filed as ONE motion and SHALL be NOTED on the motions calendar no earlier than the third Friday after filing. Any response SHALL be filed no later than the Monday before the noting date. No reply papers shall be filed. | April 29, 2013 |
| Agreed pretrial order FILED with the Court by | May 13, 2013 |
| Pretrial conference will be HELD at 02:30 PM on (COUNSEL SHALL REPORT TO COURTROOM E) | May 20, 2013 |
| Trial briefs and proposed findings and conclusions due | May 14, 2013 |

If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only order of the Court.

If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

## II. FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word or WordPerfect format to settleorders@wawd.uscourts.gov.

## III. PRIVACY POLICY

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth

* Names of Minor Children – redact to the initials

* Social Security Numbers – redact to the last four digits

* Financial Accounting Information – redact to the last four digits

* Passport Numbers and Driver License Numbers – redact in their entirety

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States. This order can be found on the Court's website at www.wawd.uscourts.gov/ReferenceMaterials. All documents filed in the above–captioned matter must comply with the Privacy Policy and the General Order.

## IV. SETTLEMENT

If this case is settled, please advise Gretchen Craft, Courtroom Deputy to Judge Settle, immediately at (253) 882–3825.

The foregoing Minute Order was authorized by the THE HONORABLE BENJAMIN H. SETTLE, UNITED STATES DISTRICT JUDGE.

                                              s/ Gretchen Craft
                                              Gretchen Craft
                                              Courtroom Deputy