UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GRINDROD SHIPPTING PTE LTD, a foreign corporation doing business as Island View Shipping,

    Plaintiff,

v.

KALAMA EXPORT COMPANY LLC, a Delaware corporation,

    Defendant.

CASE NO. C12-5085 BHS

ORDER GRANTING IN PART AND DENYING IN PART STIPULATION EXTENDING CERTAIN DATES

This matter comes before the Court on the parties' stipulated motion to extend pretrial deadlines (Dkt. 12). The Court has considered the stipulation and hereby grants extension of the following dates:

| | | |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | November 26, 2012 | December 28, 2012 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | December 26, 2012 | January 25, 2013 |
| All motions related to discovery must be FILED by | January 7, 2013 | January 28, 2013 |

ORDER - 1

| | | |
|---|---|---|
| Discovery COMPLETED by | February 4, 2013 | February 11, 2013 |
| Deadline to file Dispositive Motions | March 6, 2013 | March 13, 2013 |

It is hereby **ORDERED** that the above date extensions are **GRANTED**; all other scheduled dates remain the same.

Dated this 27th day of November, 2012.

BENJAMIN H. SETTLE
United States District Judge